fee to the sum of $250; and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM HINCKLE SMITH, Respondent, v. GEORGE GORDON MOORE, Appellant.— Order modified by striking therefrom the items numbered 1 to 9 inclusive, and by limiting the particulars required under item No. 10 to the plan finally agreed upon referred to in paragraphs 31, 32 and 33 of the answer; and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRIETTA C. CLARE, Appellant, v. JOHN E. J. CLARE, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HENRIETTA C. CLARE, Appellant, v. JOHN E. J. CLARE, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHAMPAGNE, INC., Appellant, v. NATHAN SANDERS, Doing Business, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM O'BRIEN, Respondent, v. JAMES LODI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM E. AHRENS, Respondent, v. JAMES P. DONNELLY and Others, Defendants, Impleaded with SPEARHEAD GOLD MINING COMPANY, Reorganized, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARGARET WALKER CROWELL, Respondent, v. WILLIAM BEERS CROWELL, Appellant.— Order modified by granting defendant's motion so far as to vacate the notice of examination as to item No. 8, and by limiting the examination as to item No. 6, to whether or not the agreement makes inadequate provision for the support of the plaintiff on a scale proportionate to defendant's income at the date of said agreement; and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES A. BENTON, Respondent, v. SAFE DEPOSIT BANK OF POTTSVILLE, PENNSYLVANIA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MINNIE SCHOEN, Respondent, v. FERDINAND J. HERMAN, Individually and as a City Marshal of the City of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JAMES S. NEUMAN, Respondent, v. VANE REALTY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NAN SCULLY, Respondent, v. BONWIT TELLER & Co., Appellant.— Order modified by granting motion so far as to require plaintiff to furnish a verified bill of particulars as to items 6-a, 6-b, 6-c, 9-a and 9-b in defendant's notice of motion;